# NO. 12-09-00211-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| **SEAN EWALT,** **APPELLANT** | § | *APPEAL FROM THE* |
| **V.** | § | *COUNTY COURT AT LAW NO. 3* |
| **THE STATE OF TEXAS,** **APPELLEE** | § | *OF SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to theft. Pursuant to a plea bargain, the trial court found Appellant guilty and assessed punishment at confinement for sixty days. We have received the trial court's certification showing that this is a plea bargain case and also that Appellant has waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. The record supports the trial court's certification. *See Greenwell v. Thirteenth Court of Appeals*, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); *Dears v. State*, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is *dismissed* for want of jurisdiction.

Opinion delivered September 30, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)